27 So.3d 776 (2010)
GOLDEN GATE HOMES, L.C., Appellant,
v.
CONCRETE UNLIMITED, INC., Appellee.
No. 3D09-978.
District Court of Appeal of Florida, Third District.
February 17, 2010.
Geofrey D. Ittleman, Fort Lauderdale, for appellant.
Broad and Cassel, Ronald M. Gaché and Scott A. Simon, West Palm Beach, for appellee.
Before SHEPHERD and SUAREZ, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Kelley v. School Board of Seminole County, 435 So.2d 804 (Fla. 1983).